UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JONES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   13-CV-11196-LTS |
| | ) |
| LINDA HAN, JULIE NASSIF, and | ) |
| CHARLES SALEMI | ) |
| | ) |
| Defendants. | ) |

**ORDER**
October 2, 2015

SOROKIN, J.

The Defendants' Joint Motion to Strike (ECF 102) is, DENIED. While Plaintiff has made a sufficient showing for purposes of summary judgment, the Court's ruling on the motion to strike does not establish that Plaintiff may merely offer the documents in support of summary judgment to prove its case. Challenges to admissibility of individual pieces of evidence will be addressed in the course of motions in limine and objections at trial. The Defendants' Motions for Summary Judgment, (ECF 81, 82 and 90), are DENIED due to genuine issues of material fact, including the factual basis for the invocation of qualified immunity. The Court will hold an initial pretrial conference on October 20, 2015 at 3:45 p.m. Counsel shall be prepared to discuss a firm date for trial, whether all parties consent to the exercise of jurisdiction by the magistrate judge assigned to this case, whether the parties request referral to the Court's mediation program, and any other relevant matter.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge